# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ERIKA L. VAN CROFT,

               Plaintiff,

               v.

PATRICK C. HORRELL, et al.,

               Defendants.

Civil Action No. 22-3383 (JMC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 14, is **GRANTED**, and this matter is hereby **DISMISSED** pursuant to Federal Rules 12(b)(1) and 12(b)(6).

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: October 17, 2023

                             Jia M. Cobb
                        U.S. District Court Judge